# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>LUSINE CRISTINE DOKUZYAN<br><br>Debtor<br><br>HOVANES JOHN TONOYAN<br><br>Plaintiff<br><br>v<br><br>LUSINE CRISTINE DOKUZYAN<br>Defendant(s) | BK No:   22-10283-MB<br><br>ADV No.:  22-01028-MB<br><br>**NOTICE OF RESCHEDULED STATUS CONFERENCE**<br><br>**\*\*TIME CHANGE ONLY\*\***<br><br>**CURRENT DATE AND TIME**<br>Date:   August 31, 2022<br>Time:   1:30 PM<br>Place:  Courtroom 303<br><br>**NEW DATE AND TIME**<br>Date    **August 31, 2022**<br>Time:   **2:30 P.M.**<br>Place:  **Courtroom 303**<br>See Attached ZoomGov connection information |

TO: SEE ATTACHED:

PLEASE TAKE NOTICE THAT ON THE COURT'S OWN MOTION,

the status conference in the above adversary proceeding originally scheduled for August 31, 2022 at 1:30 PM in Courtroom 303 has been changed to **August 31, 2022 at 2:30 PM** before the Honorable Martin R. Barash in Courtroom 303 of the United States Bankruptcy Court, San Fernando Valley Division, 21041 Burbank Blvd., Woodland Hills, CA 91367.

Dated: July 15, 2022

/s/ Julie Cetulio
Deputy Clerk

I HEREBY CERTIFY that a copy of the NOTICE attached hereto was served either by Notice of Electronic Filing ("NEF") or by U.S. Mail, as indicated below, to the following parties on July 15, 2022.

**NEF (electronic service)**

- **Amy L Goldman (TR)**   marisol.jaramillo@lewisbrisbois.com, AGoldman@iq7technology.com;ecf.alert+Goldman@titlexi.com
- **Sevan Gorginian**   sevan@gorginianlaw.com, 2486@notices.nextchapterbk.com;ani@gorginianlaw.com
- **United States Trustee (SV)**   ustpregion16.wh.ecf@usdoj.gov

**U.S Mail**

Hovanes John Tonoyan
6627 Beeman Ave
North Hollywood CA 91606

                                                    Kathy Campbell, Clerk of Court
                                                    U.S. Bankruptcy Court

                                                    By: __/s/ Julie Cetulio__
                                                          Courtroom Deputy

**All hearings on this calendar will be conducted remotely, using ZoomGov video and audio.** Parties in interest and members of the public may connect to the video and audio feeds, free of charge, using the connection information provided below.

Individuals may participate by ZoomGov video and audio using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device (such as an iPhone or Android phone). Individuals may opt to participate by audio only using a telephone (standard telephone charges may apply).

Neither a Zoom nor a ZoomGov account is necessary to participate and no pre-registration is required. The audio portion of each hearing will be recorded electronically by the Court and constitutes its official record.

Video/audio web address:    https://cacb.zoomgov.com/j/1615722927

ZoomGov meeting number:    161 572 2927

Password:    219109

Telephone conference lines:    1 (669) 254 5252

or 1 (646) 828 7666

or 1 (646) 216 1590

or 1 (551) 285 1373

or 1 (833) 568 8864

For more information on appearing before Judge Barash by ZoomGov, please see the information entitled "Tips for a Successful ZoomGov Court Experience" on the Court's website at: https://www.cacb.uscourts.gov/judges/honorable-martin-r-barash under the tab "Telephonic Instructions."