1  Sevan Gorginian, Esq. (SBN 298986)
   **Law Office of Sevan Gorginian**
2  450 N. Brand Blvd. Suite 600
3  Glendale, CA 91203
   T: 818-928-4445 I F: 818-928-4450
4  sevan@gorginianlaw.com

5  Attorney for Defendant

6
7                **UNITED STATES BANKRUPTCY COURT**
8                  **CENTRAL DISTRICT OF CALIFORNIA**
9                   **SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re: | Case No.: 1:22-bk-10283-MB |
| LUSINE CRISTINE DOKUZYAN, | Chapter 7 |
| Debtor. | Adv. No.: 1:22-ap-01028-MB |
| | WITHDRAWAL RE: *EX PARTE* MOTION FOR ORDER TO COMBINE THE HEARINGS SET FOR THE FOLLOWING: |
| HOVANES JOHN TONOYAN, | |
| Plaintiff, | • DEFENDANT'S MOTION TO DISMISS |
| vs. | • DEFENDANT'S MOTION FOR PROTECTIVE ORDER |
| LUSINE CRISTINE DOKUZYAN, | • CASE STATUS CONFERENCE |
| Defendant. | |

1

1 **TO THE HONORABLE MARTIN R. BARASH, U.S. BANKRUPTCY JUDGE:**

2  On July 15, 2022, Debtor/Defendant Lusine Dokuzyan ("Debtor") filed an *Ex Parte Motion for Order to Combine the Hearings Set for the Following: Defendant's Motion to Dismiss; Defendant's Motion for Protective Order; Case Status Conference* ("Ex Parte Motion").

6  Debtor hereby withdraws the Ex Parte Motion [Dkt. 7].

Respectfully submitted,

Date: July 15, 2022

*[signature]*

**Sevan Gorginian, Esq.**
*Counsel for Debtor*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **450 North Brand Boulevard, Suite 600, Glendale, CA 91203.** A true and correct copy of the foregoing **WITHDRAWAL RE: *EX PARTE* MOTION FOR ORDER TO COMBINE THE HEARINGS SET FOR THE FOLLOWING: DEFENDANT'S MOTION TO DISMISS; DEFENDANT'S MOTION FOR PROTECTIVE ORDER; CASE STATUS CONFERENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **7/15/2022** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Amy L Goldman (TR)
marisol.jaramillo@lewisbrisbois.com, AGoldman@iq7technology.com;ecf.alert+Goldman@titlexi.com

Sevan Gorginian on behalf of Defendant Lusine Cristine Dokuzyan
sevan@gorginianlaw.com, 2486@notices.nextchapterbk.com;ani@gorginianlaw.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL:** On **-----** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    **7/15/2022**    **Ani Minasyan**    **/s/Ani Minasyan**