Sevan Gorginian, Esq. (SBN 298986)
**Law Office Sevan Gorginian**
450 North Brand Boulevard, Suite 600
Glendale, California 91203
**Tel**: 818.928.4445 I **Fax**: 818.928.4450
**Email**: sevan@gorginianlaw.com

Counsel for Defendant

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No.: 1:22-bk-10283-MB |
| LUSINE CRISTINE DOKUZYAN, | Chapter 7 |
| Debtor. | Adv. No.: 1:22-ap-01028-MB |
| | REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS COMPLAINT |
| HOVANES JOHN TONOYAN, | Hearing |
| Plaintiff, | Date:  August 31, 2022<br>Time:  2:30 p.m.<br>Place: Courtroom 303 |
| vs. | 21041 Burbank Blvd. |
| LUSINE CRISTINE DOKUZYAN, | Woodland Hills, CA 91367 |
| Defendant. | |

     Plaintiff's opposition fails to address the merits and main argument of Defendant's Motion to Dismiss – i.e. that the Complaint fails to state a claim upon which relief can be granted under Section 523 or 727, and therefore should be dismissed.  No amendment to the complaint will help rectify that fact either.

     Merely reviewing the Plaintiff's table of contents of his opposition, the Court can ascertain that the Plaintiff is arguing against the Protective Order Motion (filed and adjudicated separately), request for the "Production of Declarants or Witnesses for Examination," and "Protection Against Scandalous

or Defamatory Matters."  Provided that pro per Plaintiff should get leeway, his Opposition still fails to address two simple questions:

(a) what facts are alleged in the Complaint to except the debt from discharge under Section 523(a) and

(b) what facts are alleged to deny Debtor/Defendant her discharge?

The answer is – none, warranting dismissal of the Complaint.

The Bankruptcy Court is not the forum to adjudicate Plaintiff's unwarranted arguments just because he has "friendship remorse" by lending Defendant $11,000 (voluntarily and without any misrepresentation from Defendant).  The Court should dismiss Complaint and advise the parties to resolve their friendship woes elsewhere.  Plaintiff attempts to cloud the facts that this was someone a "commercial and financial dispute" involving "funds to an insider business partner" (Opposition page 7: lines 4-16).   The parties are two young individuals, who were former friends that enjoyed playing video games.  Defendant, a female, began helping her friend, Felipe, with making embroidered artful items to sell online.  Defendant helped by sketching design work and Felipe would run the embroidery machine to make the product.  Like Plaintiff had done before by purchasing computers for the Defendant, the Plaintiff decided to lend $11,000 to help clear a backlog balance owed to a vendor.  The Defendant and Felipe were not able to pay back the Plaintiff.   Somehow, Plaintiff has spun this into some Bernie Madoff / Anne Rice novel.  It is not that complicated.

The Opposition is riddled with random caselaw and demands for mental examinations but the fact still remains that Plaintiff has absolutely no facts to support the relief he requests under Sections 523 or 727.

The Opposition demands production of witnesses for examination and protection against scandalous or defamatory matters.  These are not arguments

required to oppose the Defendant's Motion to Dismiss. In the argument section of the Opposition, all the Plaintiff does is create a two-column section citing the document number and line numbers. Plaintiff argues the Motion to Dismiss uses extraneous matters outside the pleadings. That is false because the facts alleged are intended to give the Court context into the background of the parties. Plaintiff has not *and cannot* through any amendment allege facts warranting relief under Sections 523 or 727 and thus should have his Complaint dismissed.

The Plaintiff's Opposition concludes with several inappropriate demands and orders that are not only unwarranted but improperly requested (i.e. sanctions under Rule 26(g)(3), extensions of time, orders to have Defendant produce declarants and witnesses.

Even affording pro per Plaintiff leeway, the Complaint should be dismissed because there are no arguments or facts the Plaintiff can allege in any amended complaint to rectify his Complaint. Doing so would be futile as would any mediation attempts because the young, stay-at-home, unemployed Defendant cannot afford $400 for legal fees let alone engage in any settlement at mediation.

Defendant respectfully asks the Court to grant the Motion and dismiss the Complaint without leave to amend.

Dated: August 24, 2022                    Respectfully submitted,

                                          /s/ Sevan Gorginian
                                          Sevan Gorginian
                                          Counsel for Defendant

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **450 N. Brand Blvd. Suite 600 Glendale, CA 91203**. A true and correct copy of the foregoing document entitled (*specify*): REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS COMPLAINT will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **8/24/22**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Amy L Goldman (TR)
marisol.jaramillo@lewisbrisbois.com, AGoldman@iq7technology.com;ecf.alert+Goldman@titlexi.com
Sevan Gorginian on behalf of Debtor Lusine Cristine Dokuzyan
sevan@gorginianlaw.com, 2486@notices.nextchapterbk.com;ani@gorginianlaw.com
United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On **8/24/22**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**<u>PRESIDING JUDGE</u>**
Hon. Martin R. Barash
21041 Burbank Blvd. Suite 342
Woodland Hills, CA 91367

**<u>SERVED TO DEFENDANT BY EMAIL THROUGH CONSENT</u>**
*hoviktonoyan@gmail.com*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **August 24, 2022** | **Sevan Gorginian** | **/s/ Sevan Gorginian** |
|---|---|---|
| *Date* | *Name* | *Signature* |

4