| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Sevan Gorginian, Esq. (SBN 298986)<br>**Law Office of Sevan Gorginian**<br>450 North Brand Boulevard, Suite 600<br>Glendale, California 91203<br>**Tel**: 818.928.4445 \| **Fax**: 818.928.4450<br>**Email**: sevan@gorginianlaw.com<br><br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Debtor/Defendant* | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>SAN FERNANDO VALLEY</u> DIVISION**

| | |
|---|---|
| In re:<br><br>LUSINE CRISTINE DOKUZYAN,<br><br><div align="right">Debtor(s).</div> | CASE NO.:  1:22-bk-10283-MB<br>CHAPTER: 7<br>ADVERSARY NO.: 1:22-ap-01028-MB |
| HOVANES JOHN TONOYAN,<br><br><div align="right">Plaintiff(s),</div><div align="center">vs.</div><br>LUSINE CRISTINE DOKUZYAN,<br><br><div align="right">Defendant.</div> | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:**  (*title of motion[1]*):<br><br><u>"MOTION TO DISMISS COMPLAINT UNDER FRCP 12(b)(6) FOR FAILURE TO STATE A CLAIM FOR RELIEF"</u> |

PLEASE TAKE NOTE that the order or judgment titled <u>*Order Granting in Part and Denying in Part Motion to Dismiss, Setting Deadlines and Continuing Status Conference*</u> was lodged on (*date*) <u>September 2, 2022</u> and is attached.  This order relates to the motion which is docket number <u>3</u>.

---

[1]  Please abbreviate if title cannot fit into text field.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                Page 1                **F 9021-1.2.ADV.NOTICE.LODGMENT**

1

2

3

4

Sevan Gorginian, Esq. (SBN 298986)
**Law Office of Sevan Gorginian**
450 North Brand Boulevard, Suite 600
Glendale, California 91203
**Tel**: 818.928.4445 | **Fax**: 818.928.4450
**Email**: sevan@gorginianlaw.com

5

*Attorney for Debtor/Defendant*

6

7

8

9

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

10

11

12

13

14

15

16

17

18

19

20

In re:

LUSINE CRISTINE DOKUZYAN,

              Debtor.

_____

HOVANES JOHN TONOYAN,

              Plaintiff,

vs.

LUSINE CRISTINE DOKUZYAN,

              Defendant.

_____

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.:  1:22-bk-10283-MB

Chapter 7

Adv. No.:  1:22-ap-01028-MB

ORDER GRANTING IN PART AND
DENYING IN PART MOTION TO
DISMISS, SETTING DEADLINES AND
CONTINUING STATUS CONFERENCE

Date: August 31, 2022
Time: 2:30 p.m.
Place:  Courtroom 303
      21041 Burbank Boulevard
      Woodland Hills, CA 91367

21

22

23

24

25

26

27

28

      On August 31, 2022, the Court held the hearing of the *Motion to Dismiss Complaint Under FRCP 12(b)(6) for Failure to State a Claim for Relief* ("Motion To Dismiss") [Dkt. 3] and the adversary status conference. Appearances are as noted on the Court's record of the hearing.

      The Court, having reviewed and considered the Motion To Dismiss, *Plaintiff's Opposition to Defendant's 12(b)(6) Motion to Dismiss (in the AP Case)* [Dkt. 11], and the *Reply to Plaintiff's Opposition to Motion to Dismiss Complaint* [Dkt. 12], having heard the arguments of counsel and plaintiff made at the hearing and good cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

- 1 -

1    1. The Motion To Dismiss is granted in part and denied in part as follows:

2            a) Denied as to § 523(a)(2)(A);

3            b) Denied as to § 523(a)(2)(B);

4            c) Dismissed as to § 523(a)(2)(C), *with* leave to amend;

5            d) Dismissed as to § 523(a)(6), *with* leave to amend;

6            e) Dismissed as to §§ 727 and 707(b), *with* leave to amend; and

7            f) Dismissed as to declaratory relief, *without* leave to amend,

8    **IT IS FURTHER ORDERED THAT:**

9    2.  Plaintiff Hovanes Tonoyan shall file and serve his first amended complaint by no

10   later than **October 12, 2022**;

11   3.  Defendant Lusine Dokuzyan shall file and serve her answer or motion to dismiss

12   by no later than **October 26, 2022**; and

13   3.  The Adversary Case Status Conference is continued to **November 16, 2022, at**

14   **1:30 p.m.,** with a joint status report due by no later than **November 9, 2022.**

         # # #

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

450 N. Brand Blvd., Suite 600, Glendale, CA 91203.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 2, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Amy L Goldman (TR)**    marisol.jaramillo@lewisbrisbois.com,
  AGoldman@iq7technology.com;ecf.alert+Goldman@titlexi.com
- **Sevan Gorginian**    sevan@gorginianlaw.com,
  2486@notices.nextchapterbk.com;ani@gorginianlaw.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 2, 2022 | Ani Minasyan | /s/ Ani Minasyan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.