Sevan Gorginian, Esq. (SBN 298986)
**Law Office of Sevan Gorginian**
450 North Brand Boulevard, Suite 600
Glendale, California 91203
**Tel**: 818.928.4445 | **Fax**: 818.928.4450
**Email**: sevan@gorginianlaw.com

*Attorney for Debtor/Defendant*

FILED & ENTERED

SEP 12 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia   DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>LUSINE CRISTINE DOKUZYAN,<br><br>　　　　　Debtor.<br>_____<br>HOVANES JOHN TONOYAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LUSINE CRISTINE DOKUZYAN,<br><br>　　　　　Defendant.<br>_____ | Case No.: 1:22-bk-10283-MB<br><br>Chapter 7<br><br>Adv. No.: 1:22-ap-01028-MB<br><br>ORDER GRANTING IN PART AND DENYING IN PART MOTION TO DISMISS, SETTING DEADLINES AND CONTINUING STATUS CONFERENCE<br><br>Date: August 31, 2022<br>Time: 2:30 p.m.<br>Place: Courtroom 303<br>　　　　21041 Burbank Boulevard<br>　　　　Woodland Hills, CA 91367 |

On August 31, 2022, the Court held the hearing of the *Motion to Dismiss Complaint Under FRCP 12(b)(6) for Failure to State a Claim for Relief* ("Motion To Dismiss") [Dkt. 3] and the adversary status conference. Appearances are as noted on the Court's record of the hearing.

The Court, having reviewed and considered the Motion To Dismiss, *Plaintiff's Opposition to Defendant's 12(b)(6) Motion to Dismiss (in the AP Case)* [Dkt. 11], and the *Reply to Plaintiff's Opposition to Motion to Dismiss Complaint* [Dkt. 12], having heard the arguments of counsel and plaintiff made at the hearing and good cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. The Motion To Dismiss is granted in part and denied in part as follows:

    a) Denied as to § 523(a)(2)(A);

    b) Denied as to § 523(a)(2)(B);

    c) Dismissed as to § 523(a)(2)(C), *with* leave to amend;

    d) Dismissed as to § 523(a)(6), *with* leave to amend;

    e) Dismissed as to §§ 727 and 707(b), *with* leave to amend; and

    f) Dismissed as to declaratory relief, 28 U.S.C. §2201, *without* leave to amend,

**IT IS FURTHER ORDERED THAT:**

2. Plaintiff Hovanes Tonoyan shall file and serve his first amended complaint by no later than **October 12, 2022**;

3. Defendant Lusine Dokuzyan shall file and serve her answer or motion to dismiss by no later than **October 26, 2022**; and

3. The Adversary Case Status Conference is continued to **November 16, 2022, at 1:30 p.m.,** with a joint status report due by no later than **November 9, 2022.**

###

Date: September 12, 2022

Martin R Barash
United States Bankruptcy Judge