United States Bankruptcy Court

Central District of California

Tonoyan,
    Plaintiff

Dokuzyan,
    Defendant

Adv. Proc. No. 22-01028-MB

# CERTIFICATE OF NOTICE

District/off: 0973-1     User: admin     Page 1 of 1
Date Rcvd: Sep 12, 2022     Form ID: pdf031     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Hovanes John Tonoyan, 6627 Beeman Ave, North Hollywood, CA 91606-1202 |
| dft | + Lusine Cristine Dokuzyan, 7635 Bluebell Ave., North Hollywood, CA 91605-2002 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 14, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amy L Goldman (TR) | marisol.jaramillo@lewisbrisbois.com  AGoldman@iq7technology.com;ecf.alert+Goldman@titlexi.com |
| Sevan Gorginian | on behalf of Defendant Lusine Cristine Dokuzyan sevan@gorginianlaw.com 2486@notices.nextchapterbk.com;ani@gorginianlaw.com |
| United States Trustee (SV) | ustpregion16.wh.ecf@usdoj.gov |

TOTAL: 3

Sevan Gorginian, Esq. (SBN 298986)
**Law Office of Sevan Gorginian**
450 North Brand Boulevard, Suite 600
Glendale, California 91203
**Tel**: 818.928.4445 | **Fax**: 818.928.4450
**Email**: sevan@gorginianlaw.com

*Attorney for Debtor/Defendant*

**FILED & ENTERED**

**SEP 12 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Pgarcia  **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No.: 1:22-bk-10283-MB |
| LUSINE CRISTINE DOKUZYAN, | Chapter 7 |
| Debtor. | Adv. No.: 1:22-ap-01028-MB |
| HOVANES JOHN TONOYAN, | ORDER GRANTING IN PART AND DENYING IN PART MOTION TO DISMISS, SETTING DEADLINES AND CONTINUING STATUS CONFERENCE |
| Plaintiff, | |
| vs. | |
| LUSINE CRISTINE DOKUZYAN, | Date: August 31, 2022 |
| Defendant. | Time: 2:30 p.m. |
| | Place: Courtroom 303 |
| | 21041 Burbank Boulevard |
| | Woodland Hills, CA 91367 |

On August 31, 2022, the Court held the hearing of the *Motion to Dismiss Complaint Under FRCP 12(b)(6) for Failure to State a Claim for Relief* ("Motion To Dismiss") [Dkt. 3] and the adversary status conference. Appearances are as noted on the Court's record of the hearing.

The Court, having reviewed and considered the Motion To Dismiss, *Plaintiff's Opposition to Defendant's 12(b)(6) Motion to Dismiss (in the AP Case)* [Dkt. 11], and the *Reply to Plaintiff's Opposition to Motion to Dismiss Complaint* [Dkt. 12], having heard the arguments of counsel and plaintiff made at the hearing and good cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. The Motion To Dismiss is granted in part and denied in part as follows:

    a) Denied as to § 523(a)(2)(A);

    b) Denied as to § 523(a)(2)(B);

    c) Dismissed as to § 523(a)(2)(C), *with* leave to amend;

    d) Dismissed as to § 523(a)(6), *with* leave to amend;

    e) Dismissed as to §§ 727 and 707(b), *with* leave to amend; and

    f) Dismissed as to declaratory relief, 28 U.S.C. §2201, *without* leave to amend,

**IT IS FURTHER ORDERED THAT:**

2. Plaintiff Hovanes Tonoyan shall file and serve his first amended complaint by no later than **October 12, 2022**;

3. Defendant Lusine Dokuzyan shall file and serve her answer or motion to dismiss by no later than **October 26, 2022**; and

3. The Adversary Case Status Conference is continued to **November 16, 2022, at 1:30 p.m.,** with a joint status report due by no later than **November 9, 2022.**

### ###

Date: September 12, 2022

Martin R Barash
United States Bankruptcy Judge

- 2 -