United States Bankruptcy Court
Central District of California

Tonoyan,
   Plaintiff

Adv. Proc. No. 22-01028-MB

Dokuzyan,
   Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-1  User: admin  Page 1 of 2
Date Rcvd: Nov 21, 2022  Form ID: pdf031  Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Hovanes John Tonoyan, 6627 Beeman Ave, North Hollywood, CA 91606-1202 |
| dft | + | Lusine Cristine Dokuzyan, 7635 Bluebell Ave., North Hollywood, CA 91605-2002 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Party Interested |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 23, 2022  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amy L Goldman (TR) | marisol.jaramillo@lewisbrisbois.com  AGoldman@iq7technology.com;ecf.alert+Goldman@titlexi.com |
| Sevan Gorginian | on behalf of Defendant Lusine Cristine Dokuzyan sevan@gorginianlaw.com 2486@notices.nextchapterbk.com;ani@gorginianlaw.com |
| Sevan Gorginian | on behalf of Interested Party Party Interested sevan@gorginianlaw.com 2486@notices.nextchapterbk.com;ani@gorginianlaw.com |

| | | |
|---|---|---|
| District/off: 0973-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 21, 2022 | Form ID: pdf031 | Total Noticed: 2 |

United States Trustee (SV)
                ustpregion16.wh.ecf@usdoj.gov

TOTAL: 4

Sevan Gorginian, Esq. (SBN 298986)
**Law Office of Sevan Gorginian**
450 North Brand Boulevard, Suite 600
Glendale, California 91203
**Tel**: 818.928.4445 | **Fax**: 818.928.4450
**Email**: sevan@gorginianlaw.com

*Attorney for Debtor/Defendant*

**FILED & ENTERED**

**NOV 21 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Pgarcia    **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**CHANGES MADE BY COURT**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>LUSINE CRISTINE DOKUZYAN,<br><br>Debtor.<br><br>HOVANES JOHN TONOYAN,<br><br>Plaintiff,<br><br>vs.<br><br>LUSINE CRISTINE DOKUZYAN,<br><br>Defendant. | Case No.: 1:22-bk-10283-MB<br><br>Chapter 7<br><br>Adv. No.: 1:22-ap-01028-MB<br><br>**SCHEDULING ORDER**<br><br>Date: November 16, 2022<br>Time: 1:30 p.m.<br>Place:  Courtroom 303<br>      21041 Burbank Boulevard<br>      Woodland Hills, CA 91367 |

On November 16, 2022, the Court held the adversary status conference. Appearances are as noted on the Court's record of the hearing.

The Court, having reviewed and considered the *Joint Status Report* [Dkt. 22], having heard the arguments of counsel and plaintiff made at the hearing and good cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. Defendant Lusine Dokuzyan and Plaintiff Hovanes Tonoyan must complete mediation by no later than **March 3, 2023**;

2. Plaintiff shall file and serve his first amended complaint by no later than **March

- 1 -

**24, 2023**;

3. <u>Defendant's deadline to respond to the first amended complaint shall be 14 days after service of the first amended complaint, pursuant to Federal Rule of Civil Procedure 15(a)(3) made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7015</u>; and

3. The Adversary Case Status Conference is continued to **March 28, 2023, at 1:30 p.m.,** with a joint status report due by March 14, 2023.

###

Date: November 21, 2022

_____
Martin R Barash
United States Bankruptcy Judge