| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Hovanes Tonoyan<br>6627 Beeman Ave<br>North Hollywood, CA 91606<br><br>818 281 7473<br>hoviktonoyan@gmail.com | FOR COURT USE ONLY |
|---|---|
| ☐ Attorney for Plaintiff, pro se | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY    DIVISION

| In re:<br>Lusine Cristine Dokuzyan<br><br><br><br>Debtor(s). | CASE NO.: 1:22-bk-10283-MB<br><br>CHAPTER 7<br><br>ADVERSARY NO.: 1:22-ap-01028-MB |
|---|---|
| Hovanes John Tonoyan<br><br><br><br>Plaintiff(s),<br>vs.<br>Lusine Cristine Dokuzyan<br><br><br><br>Defendant. | **REQUEST FOR ASSIGNMENT TO MEDIATION PROGRAM**<br><br>**[NOTE: A COMPLETED ORDER ASSIGNING MATTER TO MEDIATION AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR MUST BE CONCURRENTLY UPLOADED THROUGH LODGED ORDER UPLOAD (LOU) WITH THIS REQUEST]**<br><br>[NO HEARING REQUIRED] |

I hereby request that the following matter be assigned to the Bankruptcy Mediation Program of this district:

Description of the Matter:

1. ☐ Objection to claim/claim resolution
2. ☐ Plan
    ☐ Objection to plan confirmation
    ☐ Plan formulation/negotiation
3. ☐ Valuation
4. ☐ Preference

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

May 2011                                            Page 1                                            F 701

5. ☐ Fraudulent transfer
6. ☐ Lien avoidance
7. ☑ Dischargeability

   Specify grounds: § 523(a)(2)(A)–(C) and 523(a)(6), §§ 727(a)(2)–(5), 727(a)(7)
   U.S.C. §§ 105, 707(a)(1), 707(b)(1) and 707(b)(3)(A)–(B)

8. ☑ Other. Please specify: sealing of defamatory/scandalous matters in filings
   settlement contract (no contact/non-disparagement, confidentiality, etc)

Amount of money at issue in Matter:

1. ☐ $0 to $1,000
2. ☐ $1,001 to $10,000
3. ☑ $10,001 to $50,000
4. ☐ $50,001 to $100,000
5. ☐ $100,001 to $500,000
6. ☐ $500,001 to $1,000,000
7. ☐ $1,000,001 to $5,000,000
8. ☐ $5,000,001 to $10,000,000
9. ☐ If more than $10,000,000,
   state amount: $
10. ☐ Money not at issue.

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*May 2011*    Page 2    **F 701**

**SUBMITTED JOINTLY BY:**

Date: _____4/18/2023_____

Hovanes Tonoyan
(Name of party)

_____
(Signature of party)

_____
(Name of party's counsel)

Date: _____

_____
(Signature of party's counsel)

Date: _____4/20/23_____

Lusine Dokuzyan
(Name of party)

_Lusine Dokuzyan_
(Signature of party)

_____
(Name of party's counsel)

Date: _____

_____
(Signature of party's counsel)

**Instructions from the court**: A completed ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR must be concurrently uploaded through Lodged Order Upload (LOU) with this Request for Assignment to Mediation Program.

cc:    Hon. Barry Russell
       Mediation Program Administrator
       United States Bankruptcy Court
       255 East Temple Street, Suite 1660
       Los Angeles, CA  90012

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

May 2011                                Page 3                                F 701

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
6627 Beeman Ave.
North Hollywood, CA 91606

A true and correct copy of the foregoing document described as **REQUEST FOR ASSIGNMENT TO MEDIATION PROGRAM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL (state method for each person or entity served)**:
On 04/28/2023, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Mediator: Honorable Meredith Jury at 3607 Mount Rubidoux Dr., Riverside, CA 92501
Alternate Mediator: Stephen H. Marcus at 10537 Santa Monica Boulevard, 3rd Floor Los Angeles, CA 90025
Mediation Program Administrator: Honorable Barry Russell at 255 E. Temple, Room 1660, Los Angeles, CA
Defendant/Debtor: Lusine Cristine Dokuzyan at 7635 Bluebell Ave. North Hollywood, CA 91605

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 04/28/2023    Signature: /s/ A. Atuyan

Printed Name: Anush Atuyan