| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Hovanes John Tonoyan<br>6627 Beeman Ave<br>North Hollywood, CA 91606<br><br>818 281 7473<br>hoviktonoyan@gmail.com<br><br><br>☒ *Individual appearing without attorney*<br>☐ *Attorney for* | FOR COURT USE ONLY |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br>LUSINE CRISTINE DOKUZYAN<br><br><br>Debtor(s). | CASE NO.: 1:22-bk-10283<br>CHAPTER: 7<br>ADVERSARY NO.: 1:22-ap-01028 |
| HOVANES JOHN TONOYAN<br><br><br>Plaintiff(s),<br>vs<br>LUSINE CRISTINE DOKUZYAN<br><br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion¹*): _____<br>ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR |

PLEASE TAKE NOTE that the order or judgment titled ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR was lodged on (*date*) 04 / 28 / 2023 and is attached. This order relates to the motion which is docket number # 30.

---

¹ Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                        F 9021-1.2.ADV.NOTICE.LODGMENT

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
6627 Beeman Ave
North, Hollywood, CA 91606

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (date) 04 / 28 / 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Mediator: Honorable Meredith Jury at 3607 Mount Rubidoux Dr., Riverside, CA 92501
Alternate Mediator: Stephen H. Marcus at 10537 Santa Monica Boulevard, 3rd Floor Los Angeles, CA 90025
Mediation Program Administrator: Honorable Barry Russell at 255 E. Temple, Room 1660, Los Angeles, CA
Defendant/Debtor: Lusine Cristine Dokuzyan at 7635 Bluebell Ave. North Hollywood, CA 91605

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04 / 28 / 2023 | Anush Atoyan | /s/ Atoyan |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 9021-1.2.ADV.NOTICE.LODGMENT