

ORDER No. _____

## UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

### TRANSCRIPT ORDER FORM

CHAPTER 7.00

APPEAL?  ☐ Yes ☐ No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: Hovanes John Tonoyan          Attorney Bar# _____

Law Firm: _____

Mailing Address: PO Box 3047

Glendale, CA 91221

Person to Contact (If Judge-ordered: Transcriber to contact Procurement**): Hovanes John Tonoyan

Telephone: ( 818 ) 281 7473     E-mail: hoviktonoyan@gmail.com

Bankruptcy Case #: 1:22-bk-10283          Adversary Proceeding #/MP #: 122ap01028MB

Date of Hearing (complete a SEPARATE form for EACH hearing date): 03/28/2023 Time: 1:30PM   #3

Debtor: Lusine Cristine Dokuzyan

Adversary Proceeding Name: Tonoyan          vs. Dokuzyan

Hearing Judge: M. Barash                Courtroom #: SV 303

TRANSCRIBER: Ben Hyatt          ALTERNATE: J & J Court Transcribers
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For _341(a) Recording Request Procedures_, visit the U.S. Trustee website www.justice.gov/ust/r16

| Transcript Type: | **NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form. |
|---|---|

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ Ordinary (30 days)   ☒ 3 Days         ☒ Entire Hearing
☐ 14 Days              ☐ Daily (24 hours)  ☐ Ruling/Opinion of Judge only
☐ 7 Days                                  ☐ Testimony of Witness _____
                                          ☐ Other* _____  (name of witness)

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See _Transcript Ordering Instructions_, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript**: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐ FDS ☐ Mail ☐ Messenger

Digital Recording (or Analog Tape Recording)

(Tape #:____)Time Start (Index #): _____Time End (Index #): _____Time Start: _____Time End: _____

(Tape #:____)Time Start (Index #): _____Time End (Index #): _____Time Start: _____Time End: _____

Court Recorder: _____Division:_____Processed by: _____

### **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

_Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California._