ORIGINAL

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>HOVANES JOHN TONOYAN<br>6627 Beeman Ave<br>North Hollywood, CA 91606<br>(818) 281-7473 or (530) 955-0731<br>hoviktonoyan@gmail.com<br><br>PRO SE<br><br><br>Attorney for  PRO SE / SELF REPRESENTED | FOR COURT USE ONLY<br><br> |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>SAN FERNANDO VALLEY</u> DIVISION**

| In re:<br><br>LUSINE CRISTINE DOKUZYAN<br><br><br><br><br>Debtor(s). | CASE NO.: 1:22-bk-10283  MB<br>CHAPTER: 7<br>ADVERSARY NO.: 1:22-ap-01028 |
|---|---|
| HOVANES JOHN TONOYAN<br><br><br><br><br>Plaintiff(s),<br>vs.<br><br><br>LUSINE CRISTINE DOKUZYAN<br><br>Defendant. | **ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR**<br><br>☒ **EXHIBIT ATTACHED**<br>**(PARTIES' SIGNATURE PAGE)**<br><br>[NO HEARING REQUIRED] |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017                                                       Page 1                                                       F 702

This *Adversary Proceeding*

Tonoyan vs. Dokuzyan, 1:22-ap-01028-MB is assigned to the Bankruptcy Mediation Program of this district, and the following mediators from the mediators panel are appointed as Mediator and Alternate Mediator:

Mediator:

Meredith Jury
3607 Mount Rubidoux Dr.,
Riverside, CA 92501

951-367-9875
Majury470@gmail.com

Alternate Mediator:

Stephen H. Marcus
Mediation Center of Los Angeles

Gittler & Berg
10537 Santa Monica Boulevard, 3rd Floor
Los Angeles, CA 90025
Tele:  (310) 474-4007
Fax:   (310) 474-4407
Cell:  (818) 468-8882
e-mail:  smarcus@gblaw.net

The attorneys for the parties are:

Both parties are self-represented.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017                                      Page 2                                      F 702

F 702

Description of the Matter:

1. ☐ Objection to claim/claim resolution
2. ☐ Plan
   - ☐ Objection to plan confirmation
   - ☐ Plan formulation/negotiation
3. ☐ Valuation
4. ☐ Preference
5. ☐ Fraudulent transfer
6. ☐ Lien avoidance
7. X Dischargeability
   Specify grounds: _§ 523(a)(2)(A)–(C) and 523(a)(6), §§ 727(a)(2)–(5), 727(a)(7), U.S.C. §§ 105, 707(a)(1), 707(b)(1) and 707(b)(3)(A)–(B)_

8. X Other. Please specify:
   _sealing of defamatory/scandalous matters in filings,_
   _settlement contract (no contact/non-disparagement/confidentiality, etc)_

Amount of money at issue in Matter:

1. ☐ $0 to $1,000
2. ☐ $1,001 to $10,000
3. X $10,001 to $50,000
4. ☐ $50,001 to $100,000
5. ☐ $100,001 to $500,000
6. ☐ $500,001 to $1,000,000
7. ☐ $1,000,001 to $5,000,000
8. ☐ $5,000,001 to $10,000,000
9. ☐ If more than $10,000,000, state amount: $ _____
10. ☐ Money not at issue.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017    Page 3    F 702

Instructions from the Court:

1. Re: filing and service of this Order:

    a. If Order is submitted to court by party(ies)

    (1) For electronic submission of orders, refer to Section 4 of the Court Manual.

    (2) The party(ies) submitting this Order must file the following with the court: (a) the original and one (1) copy of this Order, and (b) a Proof of Service of Document which reflects service of this Order on the mediator, the alternatemediator, the mediation program administrator (Hon. Barry Russell) and any individual(s) and/or entity(ies) and/or other interested party(ies) as may be designated by the judge.

    b. If Order is prepared by the judge:

    (1) The following individual must serve a copy of this Order on the mediator, the alternate mediator, and the mediation program administrator (Hon. Barry Russell):_____

    (2) The following additional individual(s) and/or entity(ies) and/or other interested party(ies) must be served by the individual designated in note (b)(1) above with a copy of this Order: [Attach additional page(s) if necessary.]

    _____

    (3) The individual designated in note (b)(1) above must file an original Proof of Service which reflects service of this Order on the mediator, the alternate mediator, the mediation program administrator, and the individual(s) and/or entity(ies) and/or interested party(ies) listed in note 1(b) above.

2. Other: [Attach additional page(s) if necessary.]_____

The parties are to comply with the provisions of Third Amended General Order No. 95-01.

IT IS SO ORDERED:

###

[signature]    5/4/2023

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017    Page 4    F 702

F 702

**[EXHIBIT – PARTIES' SIGNATURE PAGE]**

**SUBMITTED JOINTLY BY:**

Date: 04 / 24 / 2023

Hovanes John Tonoyan
Printed name of party

/s/ Hovanes John Tonoyan
Signature of party

Date: 04 / 21 / 2023

Lusine Cristine Dokuzyan
(Name of party)

*Lusine Dokuzyan*
(Signature of party)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017        Page 5        F 702

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

6627 Beeman Ave.
North Hollywood, CA 91606

A true and correct copy of the foregoing document entitled **ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL** (indicate method for each person or entity served):
On (*date*) 04/28/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Mediator: Honorable Meredith Jury at 3607 Mount Rubidoux Dr., Riverside, CA 92501
Alternate Mediator: Stephen H. Marcus at 10537 Santa Monica Boulevard, 3rd Floor Los Angeles, CA 90025
Mediation Program Administrator: Honorable Barry Russell at 255 E. Temple, Room 1660, Los Angeles, CA
Defendant/Debtor: Lusine Cristine Dokuzyan at 7635 Bluebell Ave. North Hollywood, CA 91605

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/28/2023 | Anush Atoyan | /s/ Atoyan |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017    Page 6    F 702