HOVANES JOHN TONOYAN
PO Box 3074
Glendale, CA 91221
hoviktonoyan@gmail.com
818 281 7473
*Plaintiff in Pro Se*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>LUSINE CRISTINE DOKUZYAN<br><br>Debtor.<br><br>HOVANES JOHN TONOYAN<br><br>Plaintiff,<br><br>vs.<br><br>LUSINE CRISTINE DOKUZYAN<br><br>Defendant. | (Chapter 7 Case)<br><br>Bankruptcy Case No.: 1:22-bk-10283-MB<br>Adversary Case No. 1:22-ap-01028-MB<br><br>**STIPULATION OF DISMISSAL UNDER FRCP 41(A)(1)(ii) and PROPOSED ORDER OF DISMISSAL**<br><br>Judge: The Honorable Martin R. Barash<br><br>Dated:    **June 9, 2023** |

//

Hovanes John Tonoyan ("Plaintiff") and Lusine Cristine Dokuzyan ("Defendant") in accordance with a confidential Mediated Settlement Agreement hereby mutually stipulate and agree to dismissal of Adversary Case No. 1:22-ap-01028-MB. This dismissal shall be of the entire action with prejudice. The Parties jointly stipulate to bear their own attorney's fees, expenses, costs, and that neither Party is the prevailing party.

Respectfully submitted,

| Signature: *[signed]* | Signature: |
|---|---|
| Printed Name: Hovanes John Tonoyan, | Printed Name: Lusine Cristine Dokuzyan |
| Party: Plaintiff, Pro Se | Party: Defendant, Pro Se |
| Dated: June 3, 2023 | Dated: |

Respectfully submitted,

| Signature *[signed]* | Signature *[signed]* |
|---|---|
| Printed Name: Hovanes John Tonoyan, | Printed Name: Lusine Cristine Dokuzyan |
| Party: Plaintiff, Pro Se | Party: Defendant, Pro Se |
| Dated: June 3, 2023 | Dated: June 4, 2023 |

## PROPOSED ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ENTIRE ACTION BE, AND HEREBY IS, **_DISMISSED WITH PREJUDICE_** as to all claims, causes of action, and parties, with each party bearing that party's and that party's own attorney's fees, expenses, costs, and neither Party as the prevailing party.

The Clerk is directed to close the file for *Adversary Case No. 1:22-ap-01028-MB*.

\#\#

\#\#

Dated: _____

_____
MARTIN R. BARASH
UNITED STATES BANKRUPTCY JUDGE