HOVANES JOHN TONOYAN
PO Box 3074
Glendale, CA 91221
hoviktonoyan@gmail.com
818 281 7473
*Plaintiff in Pro Se*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| LUSINE CRISTINE DOKUZYAN | Bankruptcy Case No.: 1:22-bk-10283-MB<br>Adversary Case No. 1:22-ap-01028-MB |
| Debtor. | |
| HOVANES JOHN TONOYAN | **PROPOSED ORDER OF DISMISSAL** |
| Plaintiff, | **Judge: The Honorable Martin R. Barash** |
| vs. | **Dated: June, 9 2023** |
| LUSINE CRISTINE DOKUZYAN | |
| Defendant. | |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ENTIRE ACTION BE, AND HEREBY IS, **_DISMISSED WITH PREJUDICE_** as to all claims, causes of action, and parties, with each party bearing that party's and that party's own attorney's fees, expenses, costs, and neither Party as the prevailing party. The Clerk is directed to close the file for *Adversary Case No. 1:22-ap-01028-MB*.

DATED: 6/12/23

MARTIN R. BARASH
UNITED STATES BANKRUPTCY JUDGE

- 1 –
Tonoyan vs. Dokuzyan PROPOSED ORDER OF DISMISSAL